IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

DEC 7 1999

| | |
|---|---|
| JEFFREY HESS  *<br>  Petitioner  *<br>v.  *<br>  *  CA-3:97-CV-0960-H<br>GARY JOHNSON, Director, Texas Dept.  *<br>Of Criminal Justice, Institutional Division  *<br>  Respondent  * | |

ENTERED ON D...

DEC 8 1999

U.S. DISTRICT CLERK'S OFFICE

## MEMORANDUM OPINION AND ORDER

Before the Court are the Findings and Recommendation of the United States Magistrate Judge, filed November 15, 1999, and Respondent's Written Objections thereto, filed December 6, 1999.

The Court has made the required independent review of the pleadings, files, and records in this case; the Findings and Recommendation of the Magistrate Judge and Respondent's Objections. Having done so, the Court is of the opinion that the Findings and Recommendation of the Magistrate Judge are correct and they are **ADOPTED** as the Findings and Conclusions of the Court, and Respondent's Objections are **OVERRULED**.

Judgment will be entered accordingly.

SO ORDERED.

DATED: December ___7___, 1999

BAREFOOT SANDERS, SENIOR JUDGE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

