

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

**DEC  7 1999**

JEFFREY HESS                              *
        Petitioner                    *
v.                                        *
                                          *       CA-3:97-CV-0960-H
GARY JOHNSON, Director, Texas Dept.       *
Of Criminal Justice, Institutional Division   *
        Respondent                    *

ENTERED ON DOCKET

DEC 8 1999

U.S. DISTRICT CLERK'S OFFICE

## J U D G M E N T

This action came on for consideration by the Court, and the issues having been duly

considered and a decision duly rendered,

IT IS ORDERED that:

1.   The motion for relief from judgment is granted.  This case is hereby re-opened and

     referred to United States Magistrate Judge Jeff Kaplan.

2.   The Clerk shall transmit a true copy of this Order and the Order adopting the Findings

     and Recommendation of the United States Magistrate Judge to the parties.

SIGNED this ____7____ day of December, 1999.


BAREFOOT SANDERS, SENIOR JUDGE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS