IN THE
UNITED STATES COURT OF APPEALS
FOR THE 5th CIRCUIT

RE: NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION
CIVIL DOCKET NO. 3:97-CV-0960-H

JEFFREY HESS,     PETITIONER

VERSUS

JANIE COCKRELL, DIR. TDCJ-ID,     RESPONDENT

MOTION TO WITHDRAW
MOTION FOR LEAVE TO PRESENT
SUCCESSIVE PETITION

U.S. COURT OF APPEALS
FILED
FEB 2? 2002
CHARLES R. FULBRUGE III
CLERK

I

TO THE HONORABLE JUDGES OF SAID COURT:

Comes now JEFFREY HESS, PETITIONER AND RESPECT-FULLY MOVES THE COURT FOR LEAVE TO WITHDRAW MOTION FOR LEAVE TO PRESENT SUCCESSIVE PETITION.

PETITIONER WOULD SHOW THE COURT THE FOLLOWING:

II
BRIEF IN SUPPORT

ON FEBRUARY 14, 2002, PETITIONER FILED A MOTION FOR LEAVE TO PRESENT SUCCESSIVE PETITION WITH THE INSTANT COURT BY PLACING SAME IN THE INSTITUTIONAL MAIL SYSTEM (U.S. MAIL), FIRST CLASS POSTAGE PREPAID AND SERVED RESPONDENT WITH A TRUE AND CORRECT COPY OF SAME. HOWEVER,

-1-

Being that Petitioner has limited legal knowledge and no access to federal practice guides, federal reporters, or the rules governing 28 U.S.C. § 2244 and § 2254, Petitioner has since learned (on February 16, 2000) that said motion was improperly filed and lacking required attachments.

Begging the Court's forebearance, Petitioner believes it to be in the best interest of all parties, and judicial economy, for the Court to allow Petitioner to withdraw said motion and to refile a properly composed and complete motion for leave to present successive petition.

## III
## Prayer

Wherefore, premises considered, Petitioner prays this Court grant leave to withdraw said motion for leave to present successive petition; or, in the alternative, unfile said motion; or, again in the alternative, dismiss said motion without prejudice. Petitioner further prays that Court allow Petitioner to refile a properly composed and complete motion for leave to present successive petition.

Be it so moved and prayed this 19th day of February, 2002.

Respectfully submitted,

Jeffrey Hess, Petitioner

-2-

## Verification

I, JEFFREY HESS, PETITIONER IN THE FOREGOING, BEING PRESENTLY INCARCERATED IN THE CHOICE MOORE TRANS-FER FACILITY OF TDCJ-ID IN FANNIN COUNTY, TEXAS, BY MY SIGNATURE BELOW DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, AND THAT SAME HAS BEEN PLACED IN THE IN-STITUTIONAL MAIL SYSTEM (US MAIL), FIRST CLASS POSTAGE PREPAID ON THIS 19th DAY OF FEBRUARY, 2002.

_____
JEFFREY HESS, PETITIONER

## Certificate of Service

I, JEFFREY HESS, PETITIONER IN THE FOREGOING, BY MY SIGNATURE BELOW CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING MOTION FOR LEAVE TO WITHDRAW HAS BEEN SERVED ON RESPONDENT BY PLACING SAME IN THE INSTITUTIONAL MAIL SYSTEM (US MAIL), FIRST CLASS POSTAGE PREPAID, AND ADDRESSED AS SHOWN BELOW ON THIS 19th DAY OF FEBRUARY, 2002.

MICHELLE D. ROCHE,
   ASST. ATTY. GEN. OF TEXAS
PO BOX 12548, CAPITOL STATION
AUSTIN, TX 78711

_____
JEFFREY HESS, PETITIONER

-2-

---
No. 02-10203
---

In Re: JEFFREY HESS

        Movant

### ENTRY OF CLOSING

Pursuant to the foregoing motion, the transferred second or successive 28 U.S.C. § 2254 petition was closed this 27th day of February, 2002.

                         CHARLES R. FULBRUGE III
                         Clerk of the United States Court
                         of Appeals for the Fifth Circuit

       By: _____
            Lisa Conrad, Deputy Clerk

                FOR THE COURT - BY DIRECTION

DIS-5

A true copy
Clk, U.S. Court of Appeals, Fifth Circuit
Deputy
New Orleans, Louisiana    FEB 2 7 2002

# United States Court of Appeals
## FIFTH CIRCUIT
### OFFICE OF THE CLERK

**CHARLES R. FULBRUGE III**
**CLERK**

TEL. 504-310-7700
600 CAMP STREET
NEW ORLEANS, LA 70130

February 27, 2002

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 02-10203  In Re: Hess
USDC No. 3:97CV960-H

3:97CV960-H

The court has taken the following action in this case: the motion to withdraw motion to file a successive habeas petition is GRANTED.

Sincerely,

CHARLES R. FULBRUGE III, Clerk

By: _____
Lisa Conrad, Deputy Clerk
504-310-7697

Mr Jeffrey Hess
Ms Karen S Mitchell, Clerk

MOT-2



RECEIVED
MAR - 4 2002