ORIGINAL

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
DEC 19 2005
CLERK, U.S. DISTRICT COURT
By_____
Deputy

| | |
|---|---|
| JEFFREY HESS §<br>§<br>Petitioner, §<br>§<br>VS. §<br>§<br>DOUGLAS DRETKE, Director §<br>Texas Department of Criminal Justice, §<br>Correctional Institutions Division §<br>§<br>Respondent. § | NO. 3-97-CV-0960-H |

## ORDER

After conducting a review of the pleadings, files and records in this case, and the Findings and Recommendation of the United States Magistrate Judge in accordance with 28 U.S.C. § 636(b)(1), I am of the opinion that the Findings and Recommendation of the Magistrate Judge are correct and they are hereby accepted as the Findings of the Court.

SO ORDERED this _19_ day of _DEC._, 2005.

_____
UNITED STATES DISTRICT JUDGE